FILED
2013 Feb-26 AM 08:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| EDWARD O'BRIAN WILLIAMS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 5:12-cv-01026-AKK |
| ) | |
| VALLEY SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Edward O'Brian Williams and Defendant Valley Services, Inc. hereby stipulate to the dismissal with prejudice of the claims asserted in this action, with each party to bear his or its own costs, expenses and attorneys' fees.

Respectfully submitted,

*/s/ Jonathan S. Harbuck*

Jonathan S. Harbuck
Lynlee Wells Palmer

Attorneys for Defendant
Valley Services, Inc.

OF COUNSEL:

**GILPIN GIVHAN PC**
Grandview II, Suite 400
3595 Grandview Parkway
Birmingham, Alabama  35243
Telephone:  (205) 547-5540
Facsimile:  (205) 547-5621
E-Mail: jharbuck@GilpinGivhan.com
        lpalmer@GilpinGivhan.com

1

/s/ _____
Jon C. Goldfarb
Daniel E. Arciniegas
L. William Smith

Attorneys for Plaintiff Edward O'Brian Williams

**OF COUNSEL:**

**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
301-19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
E-mail: JGoldfarb@wcqp.com

2